IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:

Daniel F. Goggin

Case Number: 13-mc-72-DRH

## MEMORANDUM AND ORDER

**HERNDON, Chief Judge:**

On September 25, 2013, the Supreme Court of the State of Illinois issued an order suspending Daniel F. Goggin from the practice of law for five (5) months. The order first came to this Court's attention on October 15, 2013 (Doc. 1). Pursuant to Southern District of Illinois Local Rule 83.3(c)(2), the Court issued a notice directed to Mr. Goggin that included a copy of the order and an order to show cause within 30 days after service why the imposition of similar discipline by this Court would be unwarranted (Doc. 2). Mr. Goggin responded (Doc. 4)

In his response, Mr. Goggin asserts that the conduct for which he was disciplined was limited to his state law activities and does not relate to his federal practice. He further argues that additional punishment by this Court would result in "a grave or unreasonable injustice." Specifically, Mr. Goggin states "the discipline administered by the [Illinois Attorney Registration and Discipline Commission] must have been sufficient, in its perception, to abate the problem before it" (Doc. 4). In the alternative, Mr. Goggin requests that the Court make the term of suspension coterminous with the state's discipline ending March 16, 2014, and beginning no sooner than November 26, 2013.

According to Local Rule 83.3(c)(4), the Court shall impose the identical discipline unless the respondent-attorney demonstrates, or the Court finds, one of four exceptions including "that the imposition of the same discipline by this Court would result in grave injustice." *See also Selling v. Radford,* 243 U.S. 46, 51 (1917). Here, Mr. Goggin essentially takes issue with the reciprocal discipline system and fails to provide any specific information indicating how reciprocal discipline would be unjust in this specific case. As such, this Court cannot find that the imposition of an identical sentence would result in grave injustice. Finally, Mr. Goggin does not offer any support to his assertion that the Court should make the term of suspension coterminous with the state's discipline. Therefore, the Court sees no reason to deviate from its standard practice.

**IT IS ORDERED** that Daniel F. Goggin is suspended from the practice of law in this Court, for a period of five months, effective immediately, and his name shall be stricken from the role of attorneys admitted to practice before this Court. Attorney Goggin may seek reinstatement at the end of this period of suspension by filing a petition for reinstatement pursuant to Local Rule 83.4.

**IT IS SO ORDERED.**
Signed this 26th day of November, 2013.

Digitally signed by David R. Herndon
Date: 2013.11.26 13:21:24 -06'00'

**Chief Judge**
**United States District Court**